**Abatement Order filed May 11, 2021**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-20-00746-CV

---

### IN RE THE COMMITMENT OF M.G.

---

**On Appeal from Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 531010003**

---

### ABATEMENT ORDER

This is an appeal from an order requiring court-ordered mental health services under chapter 574 of the Health and Safety Code. *See* Tex. Health & Safety Code § 574.070. Appellant M.G. was represented in the trial court by appointed counsel, Angela Phea. *Id.* § 574.003.

Appellant's brief was originally due January 4, 2021. When no brief was filed, we abated the appeal for the trial court to conduct a hearing to determine the reason for the failure. At the hearing, Phea stated that her last contact with appellant was when appellant fired her and said she would retain new counsel. Phea did not file the notice of appeal for appellant and was unaware appellant had filed a pro se notice of appeal. The trial court appointed Martina Cartwright as new counsel for appellant.

On March 25, 2021, Cartwright filed a status report describing her efforts to locate appellant and a motion to extend time to file appellant's brief. We granted the motion until May 3, 2021. On May 3, 2021, Cartwright filed a second status report again detailing her extensive but unsuccessful efforts to locate appellant to determine if appellant wants to continue the prosecution of this appeal.

Accordingly, we order the judge of Probate Court No. 3 to immediately conduct a hearing, at which appellant's counsel and counsel for the State shall participate, to determine (1) whether appellant has abandoned this appeal; and (2) whether Cartwright should be permitted to withdraw..

The judge shall see that a record of the hearing is made and order the court reporter to forward a record of the hearing to this court. The judge shall make findings of fact and conclusions of law and order the trial court to forward a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing and supplemental clerk's record shall be filed with the clerk of this court on or before **June 10, 2021**.

**If the judge finds that appellant has abandoned her appeal, we will dismiss this appeal for want of prosecution.** *See* Tex. R. App. P. 38.8(a)(1), 42.3(b); *State ex rel. Y.S.*, No. 08-18-00130-CV, 2018 WL 4113165, at \*1 (Tex. App.—El Paso Aug. 29, 2018, no pet.) (mem. op.) (per curiam) (dismissing for want of prosecution appeal from order requiring court-ordered mental health services).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.